CSD 1172 [10/17/05]
Name, Address, Telephone No. & I.D. No.

**WILLIAM G. MALCOLM # 129271**
**KERRY MOYNIHAN, #250571**
Malcolm Cisneros, a Law Corporation
2112 Business Center Drive
Second Floor
Irvine, California 92612

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**LESTER EARL PATTON**

Debtor.

BANKRUPTCY NO. 10-01989-LA13

§341(a) Mtg. Date: March 26, 2010
§341(a) Mtg. Time: 10:00 AM

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

TO THE DEBTOR, THE DEBTOR'S ATTORNEY AND THE CHAPTER 13 TRUSTEE:

[✓]  Thomas H. Billingslea, Jr., Chapter 13 Trustee        [ ]  David L. Skelton, Chapter 13 Trustee,

[✓]  Green Tree Servicing, LLC
     (Insert Name and Complete Mailing Address of Objecting Party)

P.O. Box 0049, Rapid City, SD 57709-6154
a creditor in this case,
hereby objects to the Confirmation of the Chapter 13 Plan. The basis for the objection is stated below.
(NOTE TO OBJECTING PARTY: YOUR STATEMENT OF OBJECTION MUST BE AS SPECIFIC AS POSSIBLE. CHECK ONLY THOSE SECTIONS WHICH ARE APPLICABLE TO YOUR OBJECTION AND PROVIDE AN EXPLANATION OF YOUR OBJECTION WHERE REQUESTED):

1.  [ ]  The Plan discriminates unfairly against the class(es) of unsecured claims because

                                                                                                              . [§1322(b)(1)]

2.  [ ]  The Plan modifies the rights of a creditor whose claim is secured only by a security interest in real property that is the debtor's principal residence by providing that

                                                                                                              . [§1322(b)(2)]

3.  [✓]  The Plan fails to provide for the curing of a default and maintenance payments on a secured or unsecured claim on which final payment is due after the proposed final payment under the Plan. [§1322(b)(5)]

4.  [ ]  The Chapter 13 Plan is not proposed in good faith because

                                                                                                              . [§1325(a)(3)]

**THIS OBJECTION TO CHAPTER 13 PLAN MUST BE ACCOMPANIED BY A NOTICE OF HEARING PURSUANT TO LOCAL BANKRUPTCY RULE 3015-5**

CSD 1172

[Continued on Page 2]

CSD 1172 (Page 2) [10/17/05]

5. ☐ The debtor is distributing less to the allowed unsecured creditors than they would receive under a Chapter 7 liquidation. [§1325(a)(4)]

6. ☐ Objecting creditor has an allowed secured claim and objects because
   ☐ I have not accepted the Plan. [§1325(a)(5)(A)], OR
   ☐ the Plan fails to provide for a retention of lien securing my claim and the value of the property to be distributed to me is less than the allowed amount of my claim. [§1325(a)(5)(B)]
   Amount of Claim    $_____
   Value of Property  $_____, OR
   ☐ the debtor has failed to surrender to me the property securing my claim. [§1325(a)(5)(C)]

7. ☐ The debtor has no ability to make the payments proposed by the Plan because

. [§1325(a)(6)]

8. ☐ The debtor has failed to apply all projected disposable income to Plan payments for a period of not less than three years. [§1325(b)(1)(B)]

9. ☐ The debtor has failed to begin making payments prescribed in the Plan within thirty (30) days of the filing of the Plan. [§1326(a)(1)]

10. ☐ Other [cite applicable Code section or case authority]:

I have unsuccessfully attempted to resolve our objections at the §341 Meeting.

I hereby certify under penalty of perjury that I have this date mailed a true copy of this Objection to Plan to the attorney for the debtor (or the debtor) and to the assigned Chapter 13 trustee as indicated below at the following addresses:

<u>Attorney for Debtor (or Debtor:</u>
David E. Britton
Lockhart & Britton
7777 Alvarado Road, Suite 622
La Mesa, CA 91942

<u>Chapter 13 Trustee (select one):</u>
☒ For ODD numbered Chpt. 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
530 "B" Street, Suite 1500
San Diego, CA 92101

☐ For EVEN numbered Chpt. 13 cases:
DAVID L. SKELTON, TRUSTEE
525 "B" Street, Suite 1430
San Diego, CA 92101-4507

DATED: March 26, 2010

/s/ William G. Malcolm
(Signature of (Attorney for) Moving Party)

William G. Malcolm
(Please Type or Print Name)

2112 Business Center Drive, Second Floor
(Address)

Irvine, CA 92612
(City, State, ZIP)

(949) 252-9400
(Daytime Phone Number)

CSD 1172