1 | **DAVID E. BRITTON** #75926
LOCKHART & BRITTON
2 | 7777 Alvarado Rd, Suite 622
La Mesa, CA 91942
3 | (619) 698-6800

4 | Attorney for Debtor

7 | UNITED STATES BANKRUPTCY COURT

8 | SOUTHERN DISTRICT OF CALIFORNIA

```
In RE                              )  CASE NO. 10-01989-A13
                                   )
LESTER EARL PATTON                 )  MOTION FOR VALUATION OF
                                   )  DEBTOR'S REAL PROPERTY AND
            Debtor                 )  AVOIDANCE OF SECOND TRUST DEED
                                   )  THEREON IN CONNECTION WITH
                                   )  WITH CONFIRMATION OF
                                   )  CHAPTER 13 PLAN AND FOR
                                   )  ADDITIONAL ATTORNEY'S FEES
                                   )
                                   )  DATE: May 11, 2010
                                   )  TIME: 2:00 P.M.
_____)  DEPT: FOUR
```

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE AND ALL INTERESTED PARTIES:**

Debtor, LESTER EARL PATTON (hereinafter "the Debtor") hereby moves the Court, pursuant to F.R. Bankr.P. 3012, to value the real property commonly known as 9440 Chestnut St., Spring Valley, CA 91977 at $216,000.00 and to allow the Debtor, under his Chapter 13 plan, to avoid the Second Trust Deed on real property held by BAC Home Loan as allowed by 11 U.S.C. §1322(b).

The Debtor's motion is based upon the Memorandum of Points and Authorities and the Declaration of Debtor, which have been filed concurrently with this motion, and/or request for

1

judicial notice, as applicable.

WHEREFORE, the Debtor prays that Court value the aforementioned real property and allow Debtor to avoid the Second Trust Deed on the real property held by BAC Home Loan Services and to allow additional attorney's fees in the amount of $450.00 to be paid through administration of the plan, and for such other and further relief as may be just and proper.

DATED:    4/12/10                         /S/ **DAVID E. BRITTON**
                                          Attorney for Debtor

2